Petition for Writ of Mandamus Dismissed and Opinion filed May 20, 2004









Petition for Writ of Mandamus Dismissed and Opinion
filed May 20, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00317-CV

____________

 

IN RE RAVINDER
AGUSALA, M.D.  , Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On May 6, 2004, Relator, Dr. Ravinder Agusala, filed a motion
to dismiss the original proceeding because the underlying cause of action has
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the petition for writ of mandamus is ordered
dismissed.

 

PER CURIAM

 

Petition
Dismissed and Opinion filed May 20, 2004.

Panel consists of
Justices Yates, Anderson, and Hudson.